**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FREDERIC J. BARTON | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *    NO: 4:15CV00110  SWW |
| THE STATE OF ARKANSAS, ET AL. | * |
| | * |
| Defendants | * |
| | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF MAY, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE